# EXHIBIT A



ATTORNEYS

July 9, 2013

J. Daniel Harkins

dharkins@coxsmith.com
210 554 5285

**Via certified U.S. mail, RRR**

Dane A. Drobny
Sr. VP, Corp. Sec. & General Counsel
Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, Illinois 60179

Re:   Infringement of James Avery Craftsman, Inc.'s Copyrights

Dear Mr. Drobny:

We represent James Avery Craftsman, Inc. ("JAC") in connection with the protection and enforcement of its copyrights and other matters. It has come to our attention that Sears Holdings Corporation ("Sears") is marketing jewelry that appears to be substantially similar, if not identical, to a number of JAC jewelry designs ("JAC's Designs").

Attached as **EXHIBIT A** to this letter is a side-by-side comparison of jewelry being sold and marketed by Sears (the "Sears' Jewelry") to the JAC's Designs. As you can see by the side-by-side comparison, there are substantial similarities between the Sears' Jewelry and the JAC's Designs. Sears' sale of these infringing pieces of jewelry is wholly unauthorized by JAC, which has a policy of vigorously enforcing its copyrights against all infringers. Nonetheless, JAC is willing to amicably resolve this matter if Sears complies with the following:

1. Agree to cease manufacturing, marketing, and selling the Sears' Designs and any other jewelry substantially similar to JAC's Designs;

2. Provide a complete accounting of all sales of the Sears' Designs, including sales volume and price;

3. Forward the remaining inventory of jewelry which incorporates the Sears' Designs to me for destruction or agree to destroy all remaining inventory and provide me with verification of its destruction;

4. If Sears is not the manufacturer of these pieces, identify the name, address and phone number of the supplier of the infringing jewelry and provide a copy of the invoices from the supplier reflecting the number of infringing pieces supplied to Sears; and

5. Make payment to JAC in an amount sufficient to cover JAC's attorney's fees (estimated at approximately $1,000 to date) and to reimburse JAC for its damages suffered as a result of the infringement (to be determined upon review of the accounting and supplier information requested herein).

COX SMITH MATTHEWS INCORPORATED
112 East Pecan Street | Suite 1800
San Antonio, TX 78205
210 554 5500 tel | 210 226 8395 fax
coxsmith.com

AUSTIN    DALLAS    EL PASO    MCALLEN    SAN ANTONIO
4759031.2

Dane A. Drobny
July 9, 2013
Page 2

As you may know, under the Copyright statue, JAC may be entitled to recover its monetary damages, as well as its costs and attorney's fees. In particular, under the Copyright Act, JAC may recover, at its election, (i) the actual damages suffered by JAC, as well as profits attributable to the infringement, or (ii) statutory damages in a sum of not less than $750 or more than $30,000 per infringement. In instances of willful infringement, the statutory damages may be increased to a sum of not more than $150,000. Our preliminary investigation of Sears' sales activity suggests a pattern of infringement which could give rise to significant damages. Consequently, we urge you to give this matter your serious and immediate attention.

Once again, JAC is willing to resolve this matter amicably, provided Sears complies with each of the requests outlined above. I look forward to receiving your **response within ten (10) business days**.

Nothing contained or omitted in this letter is intended to be, nor should be deemed to be or construed as, a waiver or relinquishment of any of JAC's rights, remedies, claims, and contentions in respect to this matter, whether legal, equitable, or factual; each and all of which are expressly hereby reserved.

Sincerely,

J. Daniel Harkins

Encl.
JDH:kb

ic: Mr. Matthew Jennings [Firm]

4759031.2

Dane A. Drobny
July 9, 2013
Page 3

EXHIBIT A.



| JAC's Designs | Sears' Designs |
|---|---|
| *Serenity Cross* (JAC Item No. C-380s/A) | *Item No. 04462729000* *Model No. R370197-SS* |
| *Flowing Lilies Cross* (JAC Item No. C-1178) | *Model No. JXR1209* |

4759031.2

Dane A. Drobny
July 9, 2013
Page 4

| JAC's Designs | Sears' Designs |
|---|---|
| *Nail Cross* <br> (JAC Item No. C-71/2) | *Model No. 73540-bt* |
| *Heart Knot Ring* <br> (JAC Item No. R-1251) | Item No. SPM7089083203 <br> Model No. 8241811 <br><br> Item No. SPM716431214 <br> Model No. 824186 |

4759031.2

Dane A. Drobny
July 9, 2013
Page 5

| JAC's Designs | Sears' Designs |
| --- | --- |
| *Woven Knot Ear Post* (JAC Item No. EP-1714) | Item No. SPM6249884805  Model No. BTER1087 |
| | Item No. SPM6249884705  Model No. BTER1091 |
| | Item No. SPM6249917505  Model No. BTWER1091 |
| | Item No. SPM6249919505  Model No. BTER1112 |

Dane A. Drobny
July 9, 2013
Page 6

