IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES AVERY CRAFTSMAN, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 5:13-CV-01110-OLG |
| | § | |
| SEARS, ROEBUCK AND CO., KMART CORPORATION, COMBINE INTERNATIONAL, INC., JEWELRY BEST BUY LLC d/b/a VISHAL JEWELRY, JEWELRYWEB.COM, INC., ITALIAN CHARMS BRACELET, INC. d/b/a JEWELRYADVISOR.COM, MJB MARKETING, INC. d/b/a MYJEWELRYBOX.COM, E GEMS, INC. d/b/a GEMAFFAIR.COM, SUNNY COMMERCE, LLC d/b/a 14k.co, FINDINGKING.COM, LLC, H. CHANDRA DIAMONDS d/b/a HAZRATI.COM, WEST COAST JEWELRY, INC., ALLURE JEWEL & GIFT a/k/a ABSOLUTE JEWEL & GIFT, BIG SUR ELEGANCE, MMA INTERNATIONAL, LLC, and MIDWEST JEWELRY AND APPARELS, | § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

## PLAINTIFF, JAMES AVERY CRAFTSMAN, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. P. 7.1, James Avery Craftsman, Inc. files its Disclosure Statement as follows:

1. James Avery Craftsman, Inc. is a Texas corporation with its principal place of business located in Kerrville, Kerr County, Texas;

2. James Avery Craftsman, Inc. is not owned by any parent corporation;

3. No publicly held corporation owns 10% or more of the stock in James Avery Craftsman, Inc.

5003492.1

Dated:  December 10, 2013.

        Respectfully submitted,

        COX SMITH MATTHEWS INCORPORATED
        112 E. Pecan Street, Suite 1800
        San Antonio, Texas  78205
        (210) 554-5500 (Phone)
        (210) 226-8395 (Fax)


        By:    /s/ J. Daniel Harkins
        J. Daniel Harkins
        State Bar No. 09008990
        Ryan V. Cox
        State Bar No. 24074087

        Attorneys for Plaintiff James Avery Craftsman, Inc.

## CERTIFICATE OF SERVICE

I certify that on December 10, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

        */s/ J. Daniel Harkins*
        J. Daniel Harkins

5003492.1